UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Wayne F. Bell</u>

        v.                            Case No. 09-cv-135-SM

<u>Hillsborough County Department
of Corrections, Superintendent</u>, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 9, 2009, for the reasons set forth therein.   The petitioner's request for preliminary injunctive relief is hereby denied.

SO ORDERED.

June  18, 2009

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

cc:    Wayne F. Bell, pro se
        Carolyn M. Kirby, Esq.